**Philip E. Walsh, appellee, v. West Baden Springs Company, appellant. Gen. No. 23,801.**

Action by a foreman to recover for personal injuries sustained in another State, as the result of a collapse of a scaffold. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed February 11, 1919. Rehearing denied February 26, 1919.

Orpheus A. Harding and Otto Gresham, for appellant. Francis J. Woolley, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Harris Trust & Savings Bank, trustee, appellee, v. J. Ethel Whitman, appellant. Gen. No. 23,817.**

Action for forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed February 11, 1919.

S. T. Slawitsky, for appellant; Ode L. Rankin, of counsel. Mills & Howe, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Margaret L. Arnold, appellee, v. London Guarantee & Accident Company, Ltd., of London, England, appellant. Gen. No. 23,826.**

Action to recover upon a policy insuring against loss by theft. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed February 11, 1919.

F. J. Canty and Shepard, McCormick, Thomason, Kirkland & Patterson, for appellant. Herman Frank, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Karazina Bochenek, plaintiff in error, v. Catholic Order of Foresters, defendant in error. Gen. No. 23,914.**

Action upon a fraternal benefit certificate, contested upon the grounds that insured was shot while committing an unlawful action. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Stedman & Soelke, for plaintiff in error; Swan M. Johnson, of counsel. Edward S. Cummings, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.